**FILED**

**United States District Court**
Eastern District of North Carolina
Western Division

APR 0 4 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No. _____5:24-CT-3029-M_____

MICHAEL RANKINS
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

.Inmate Number 5678

-against-

CITY OF WINDSOR
_____

BERTIE COUNTY
_____

FRANK RATZLAFF
BRANDON TURNER
FREEMAN
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

**COMPLAINT**

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

MICHAEL Rawkins
Name

5678
Prisoner ID #

BERTIE MARTIN REGIONAL JAIL
Place of Detention

230 COUNTY FARM ROAD
Institutional Address

WINDSOR                    NC              27983
City                        State           Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee    ☑ State      ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>CITY OF WINDSOR</u>
          Name

<u>CITY</u>
Current Job Title

<u>128 S. KING STREET</u>
Current Work Address

<u>WINDSOR</u>          <u>NC</u>          <u>27983</u>
City                State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: <u>BERTIE COUNTY</u>
          Name

<u>COUNTY</u>
Current Job Title

<u>128 S. KING STREET</u>
Current Work Address

<u>WINDSOR</u>          <u>NC</u>          <u>27983</u>
City                State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: FRANK RATZLAFF

Name

LIEUTENANT

Current Job Title

128 S. KING STREET

Current Work Address

WINDSOR      NC      27983

City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: BRANDON TURNER

Name

DETECTIVE

Current Job Title

128 S. KING STREET

Current Work Address

WINDSOR      NC      27983

City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

DEFENDANT 5: FREEMAN

NAME

JAIL DIRECTOR

CURRENT JOB TITLE

230 COUNTY FARM ROAD

CURRENT WORK ADDRESS

WINDSOR      NC      27983

CITY      STATE      ZIP CODE

CAPACITY IN WHICH BEING SUED: ☐ INDIVIDUAL ☐ OFFICIAL ☑ BOTH

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 221 TYLER LANE APT. 900-1 EDENTON NC, BERTIE COUNTY; WINDSOR NC

Date(s) of occurrence: JANUARY 4, 2024, JANUARY 5, 2024, JANUARY 16, 2024.

State which of your federal constitutional or federal statutory rights have been violated:

4th AMENDMENT; 5th AND 14 AMENDMENT

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:     STATEMENT OF FACTS

1.) ON JANUARY 4, 2024, AT 5:16 PM THE DEFENDANTS CITY OF WINDSOR, BERTIE COUNTY AND FRANK RATZLAFF VIOLATED PLAINTIFF MICHAEL RANKINS FOURTH AMENDMENT RIGHT UNDER THE UNITED STATES CONSTITUTION WHEN HAVING NO JURISDICTION TO ISSUE A SEARCH WARRANT IN CHOWAN COUNTY TO SEARCH PLAINTIFF PERSON, RESIDENT, CAR, PHONES, PAPER, AND SEIZED PLAINTIFF'S PROPERTY.

> Who did what to you?

2.) ON JANUARY 4, 2024 DEFENDANT CITY OF WINDSOR, BERTIE COUNTY AND FRANK RATZLAFF OBTAIN A SEARCH WARRANT AND ARREST WARRANT BASE UPON FALSE — PROBABLE CAUSE TO SEARCH PLAINTIFF MICHAEL RANKINS HOUSE, PAPERS, CELL PHONES, AND SEIZED PLAINTIFF'S PROPERTY.

3.) ON JANUARY 5, 2024 AROUND 8:30 AM DEFENDANT CITY OF WINDSOR, BERTIE COUNTY, FRANK RATZLAFF AND BRANDON TURNER VIOLATED MICHAEL RANKINS FOURTH AMENDMENT RIGHT TO BE SECURE IN THE PERSON, HOUSE, PAPERS

Page 5 of 10

AND CELL PHONES WHEN THEY PERFORMED A
UNREASONABLE SEARCH AND SEIZURES.

**What happened to you?**

4.) ON JANUARY 5, 2024 PLAINTIFF RANKINS WAS
TRANSPORTED TO BERTIE MARTIN REGIONAL JAIL FOR
HOUSING SINCE BEING AT BERTIE MARTIN REGIONAL
JAIL PLAINTIFF HAS MADE SEVERAL MEDICAL REQUESTS
AND REQUESTS TO DEFENDANT FREEMAN TO SEE A HEART
BECAUSE OF CHEST PAINS HIS REQUEST HAS BEEN
IGNORED PLAINTIFF HAS A DEFIBRILLATOR,
PACE MAKER AND A HEART MONITER THAT
REQUIRES WIFI IN ORDER FOR THE HEART SPECIALIST
AT UNC ROCKMOUNT TO READ HIS HEART RHYTHM
TO PREVENT HEART ATTACK OR SUDDEN DEATH. DEFENDANTS

**When did it happen to you?**

BERTIE COUNTY AND FREEMAN JAIL DIRECTOR
HAS IGNORED PLAINTIFF RANKINS REQUEST FOR
WIFI FOR HIS HEART MONITER A VIOLATION OF
PLAINTIFF 5th AND 14th AMENDMENT RIGHT UNDER
THE UNITED STATES CONSTITUTION.

5. ON OR ABOUT JANUARY 16, 2024 DEFENDANT
RATZLAFF APPEARED BEFORE THE STATE GRAND JURY
IN THE SUPERIOR COURT OF WINDSOR IN RE: STATE OF NORTH

**Where did it happen to you?**

CAROLINA V. MICHAEL RANKINS 24CRS202 857;
24CRS202 859 DEFENDANT RATZLAFF GAVE
FABRICATED TESTIMONY AND EVIDENCE TO THE
GRAND JURY TO AFFECT THEIR DECISION TO
ISSUE TWO INDICTMENTS / AGAINST PLAINTIFF
RANKINS FOR ARMED ROBBERY.

What was
your
injury?

Case 5:24-ct-03029-M-RJ    Document 10    Filed 04/04/24    Page 7 of 10

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☑ Yes     ☐ No

    If no, explain why not:

_____

_____

_____

_____

_____


Is the grievance process completed?     ☐ Yes     ☑ No

    If no, explain why not:

I FILED 3 GRIEVANCES FROM JANUARY 2024 TO FEBRUARY 2024 THE GRIEVANCE SYSTEM IS BROKEN. MY CRIMINAL ATTORNEY D. COLE PHELPS CALLED TO THE JAIL TO TALK TO DEFENDANT FREEMAN TO TALK TO HER ABOUT MY HEART MONTIORE AND TRANSFER ME TO ANOTHER FACILITY THAT I CAN RECEIVED PROPER MEDICAL CARE.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

A.) PLAINTIFF SEEKS COMPENASATORY DAMAGES IN THE AMOUNT OF $ 5 MILLION AGAINST EACH DEFENDANT.

B.) PLAINTIFF SEEKS PUNTIVE DAMAGES IN THE AMOUNT OF $ 2 MILLION AGAINST EACH DANDANTS

C.) PLAINTIFF SEEKS MENTAL AND EMOTIONAL DAMAGES IN THE AMOUNT OF $1 MILLION AGAINST EACH DEFENDANTS.

D.) PLAINTIFF SEEKS A INJUNCTION ORDER FOR THE RELEASE OF HIS SEIZED PROPERTY AND WIFI INTERNET FOR HIS HEART MONITER.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 · U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?               ☑ Yes    ☐ No

If yes, how many?  OVER THREE

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

DON'T RECALL CASE NUMBERS  NO CASES PENDING
ALL CASES WAS DISMISS

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-22-24

Dated

Michael Rankins

Plaintiff's Signature

MICHAEL Rankins

Printed Name

#5678

Prison Identification #

230 COUNTY FARM ROAD          WINDSOR          NC          27983

Prison Address                City                      State      Zip Code

Case 5:24-ct-03029-M-RJ    Document 10    Filed 04/04/24    Page 10 of 10